

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Zsolt Petko and Zsuzsanna Adam v. Carelton Courtyard

Appellate case number:    01-17-00918-CV

Trial court case number:   CV-0077741

Trial court:           County Court at Law No. 2 of Galveston County

Appellants, Zsolt Petko and Zsuzsanna Adam, have filed a motion to reopen this appeal, which we construe as a motion for rehearing. *See* TEX. R. APP. P. 49.1, 49.5. Appellants' motion is untimely. TEX. R. APP. P. 49.1, 49.5. In addition, this Court's plenary power expired on December 20, 2018, which is 30 days after it denied appellants' motion for en banc reconsideration. TEX. R. APP. P. 19.1(b). After its plenary power expires, this Court cannot vacate or modify its judgment except as provided in Rule 19.3, which does not apply here. *See* TEX. R. APP. P. 19.3.

Accordingly, we **dismiss** appellants' motion for lack of jurisdiction.

It is so ORDERED.

Judge's signature:     /s/ Evelyn V. Keyes
                     ☑ Acting individually    ☐ Acting for the Court

Date: January 9, 2020